Case 2:26-cv-01217-KNS    Document 23-1    Filed 05/06/26    Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JACOB TOWNSEND

      Plaintiff,

v.

GSM OUTDOORS, LLC,
GOOD SPORTSMAN MARKETING, LLC
DUNHAM'S SPORTS, DUNHAM'S ATHLEISURE
CORPORATION, JOHN DOE#1, JOHN DOE #2,

      Defendants.

Civil Action No. 26-1217

**ORAL ARGUMENT**
**REQUESTED**

---

**PROPOSED ORDER**

AND NOW, this 25th day of June, 2026, upon consideration of Defendants' Motion to Transfer Venue to the United States District Court for the Western District of Pennsylvania, and any response thereto, it is hereby ORDERED and DECREED that Defendants' Motion to Transfer Venue is GRANTED.

BY THE COURT:

_____, J